IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02046–WJM–KMT

GREGORY D. CROSBY a/k/a
GREGORY D. COSBY,
GREGORY D. COSMO COSBY,

    Plaintiff,

v.

R. TALLION, Senior Officer Sp. Lt. Tallion,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"'Plaintiff's' Motion for Production of Documents Fed. R. Civ. P. 34" (Doc. No. 35, filed Mar. 19, 2014) is DENIED. Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure." Further, the court declines to allow discovery prior to the entry of a scheduling order or discovery order. A preliminary scheduling conference may be set after Defendants have answered or otherwise responded to Plaintiff's Amended Prisoner Complaint.

Dated: March 31, 2014