IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02046–WJM–KMT

GREGORY D. CROSBY a/k/a
GREGORY D. COSBY,
GREGORY D. COSMO COSBY,

    Plaintiff,

v.

R. TALLION, Senior Officer Sp. Lt. Tallion,

    Defendant.

## MINUTE ORDER
## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff' [sic] Motion to Obtain Record and File in Cause at Action" (Doc. No. 43, filed Aug. 18, 2014) is DENIED without prejudice. The Clerk of Court is directed to send Plaintiff a printout of the docket. Upon receiving the copy of the docket, Plaintiff may refile a motion to obtain <u>particular</u> documents he needs to prepare future filings, if any. Plaintiff is advised to be selective; the court <u>will not</u> provide him with every last document filed in the case.

Dated: August 20, 2014